This case is ruled by *People* v. *Wilkin & Walsh, ante,* 679.

Appeal from Genesee; Gadola (Paul V.), J. Submitted June 9, 1936. (Calendar No. 38,521.) Decided September 2, 1936.

Information filed charging Herbert R. Wilkin with violation of the State banking law. From order quashing information the people appeal. Reversed.

*David H. Crowley,* Attorney General, *Andrew J. Transue,* Prosecuting Attorney, and *Philip Elliott,* Assistant Prosecuting Attorney, for the people.

*Edward N. Barnard,* for defendant.

WIEST, J. The information in several counts charged defendant with violation of penal provisions of the State banking law. The bank, of which defendant was an executive officer, was a Michigan banking corporation and a member of the Federal reserve banking system.

The false entries, reports, representations, fraud and deceit charged were likewise criminal acts under the Federal statute governing the Federal reserve banking system.

The court granted defendant's motion to quash the information on the ground that the charges, while penal violations of the State law, were likewise penal violations of Federal law and, therefore, of Federal cognizance exclusively.

By authorized appeal the people seek reversal of that holding and restoration of the prosecution.

This is a companion case to *People* v. *Wilkin &
Walsh* and is ruled by the opinion this day handed
down in that case, *ante*, 679.

The supplemental record of the examination be-
fore the magistrate discloses sufficient evidence to
hold defendant to trial.

The judgment is reversed and the prosecution re-
stored.

NORTH, C. J., and FEAD, BUTZEL, BUSHNELL, ED-
WARD M. SHARPE, and TOY, JJ., concurred. POTTER,
J., did not sit.